IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LASHUNDA L. COOKS,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No. 22-CV-1329-SMY |
| **TODD EMMS, and BRYAN GRYZMALA,** | ) ) ) ) |
| **Defendants.** | ) ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pending before the Court is Plaintiff LaShunda L. Cooks' Motion for Leave to Proceed *in forma pauperis* (Doc. 3). Under 28 U.S.C. § 1915, an indigent party may commence a federal court action without paying required costs and fees upon submission of an affidavit asserting the inability "to pay such fees or give security therefor" and stating, "the nature of the action, defense or appeal and the affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). The Court is satisfied from Cooks' affidavit that she is indigent and cannot pay the $400.00 filing fee at this time (Doc. 3). But the Court's inquiry does not end there. 28 U.S.C. § 1915(e)(2) requires careful threshold scrutiny of a Complaint filed by a plaintiff seeking to proceed IFP. The Court may dismiss a case if it determines the action is clearly frivolous or malicious, fails to state a claim, or is a claim for money damages against an immune defendant. 28 U.S.C. § 1915(e)(2)(B); *see also Hoskins v. Poelstra*, 320 F.3d 761, 763 (7th Cir. 2003).

Cooks, an Illinois citizen, filed a Pro Se Civil Rights Complaint, purportedly under 42 U.S.C. § 1983[1] (Doc. 1). She alleges that Todd Emms, the vice president of Elite's Properties, and Bryan Gyrzmala, the company's president, rented an attic to her in Cahokia, Illinois with a light fixture that caused her health problems. Because neither of the defendants appear to be employed by the state, local or federal government, and Cooks' Complaint contains no allegations that they acted under state law, she cannot maintain a § 1983 lawsuit against them. *Rodriguez v. Plymouth Ambulance Serv.,* 577 F.3d 816, 822-23 (7th Cir. 2009); *Johnson v. LaRabida Children's Hosp.,* 372 F.3d 894, 896 (7th Cir. 2004).

For the foregoing reasons, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 3) is **DENIED**, and the Complaint (Doc. 1) is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted. The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

**DATED: February 8, 2023**

**STACI M. YANDLE**
**United States District Judge**

---

[1] Cooks checks off the boxes for personal injury, other civil rights, and housing accommodations in her civil cover sheet and writes "negligence, aggravated assault," (Doc. 1-3) but she uses the form for civil rights lawsuits.